THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY LEE COLLINS,

                                    Plaintiff(s),

        vs.

ETHICON, INC et al.,

                                    Defendant(s).

Case No.  2:20-cv-01066-BJR

**JOINT STIPULATION AND ORDER EXTENDING THE INITIAL CASE DEADLINES**

JOINT STIPULATION AND ORDER
EXTENDING THE INITIAL CASE DEADLINES
(Case No.  2:20-cv-01066-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

## STIPULATED REQUEST TO EXTEND DEADLINES

Defendants must answer the Complaint or otherwise respond on September 22, 2020.  In light of this deadline, the parties believe that it would be most efficient to extend the initial case deadlines by 45 days, as set forth below:

| Subject | Original Deadline | Proposed Deadline |
|---------|-------------------|-------------------|
| 26(f) Conference | September 8, 2020 | October 23, 2020 |
| Initial Disclosures | September 14, 2020 | October 29, 2020 |
| Joint Status Report | September 21, 2020 | November 5, 2020 |

For the above reasons, and subject to Court approval, the parties hereby agree and stipulate to the proposed extension of deadlines.

DATED this 18th day of September, 2020.

**CALFO EAKES LLP**

By____*s/ Patty A. Eakes*_____
Patricia A. Eakes, WSBA# 18888
Angelo J. Calfo, WSBA# 27079
Damon C. Elder, WSBA# 46754
Lindsey E. Mundt, WSBA# 49394
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
        angeloc@calfoeakes.com
        damonc@calfoeakes.com
        lindseym@calfoeakes.com

JOINT STIPULATION AND ORDER
EXTENDING THE INITIAL CASE DEADLINES
(Case No.  2:20-cv-01066-BJR)

1

**CORRIE YACKULIC LAW FIRM, PLLC**

2
By: ___*s/ Corrie Johnson Yackulic*_____
Corrie Johnson Yackulic, WSBA #16063

3
110 Prefontaine Place South, Suite 304
Seattle, WA 98104

4
Phone: (206) 787-1915
Fax: (206) 299-9725

5
Email: corrie@cjylaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
JOINT STIPULATION AND ORDER
EXTENDING THE INITIAL CASE DEADLINES
(Case No.  2:20-cv-01066-BJR)

24

1

## **ORDER**

2

IT IS SO ORDERED.

3

    DATED this 21st day of September, 2020.

4

5

_____

6

THE HONORABLE BARBARA J. ROTHSTEIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

JOINT STIPULATION AND ORDER
EXTENDING THE INITIAL CASE DEADLINES
(Case No. 2:20-cv-01066-BJR)

24