THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEE COLLINS,<br><br>                    Plaintiff,<br><br>vs.<br><br>ETHICON, INC., et al.,<br><br>                    Defendants. | Case No.  2:20-cv-01066-BJR<br><br>**ORDER GRANTING PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |

STIPULATION AND ORDER RE BRIEFING
SCHEDULE AND HEARING DATE FOR
DEFENDANTS' MOTION TO DISMISS
(Case No.  2:20-cv-01066-BJR)

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. On September 22, 2020, Defendants filed a Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 13).

2. Currently, Plaintiff's opposition is due on October 13, 2020, and Defendants' reply is due on October 27, 2019. *See* Dkt. No. 6 (Standing Order).

3. The parties have begun engaging in settlement discussions. The parties have conferred and agreed that additional time is warranted to facilitate those discussions before the opposition and reply briefing regarding the Motion to Dismiss. Subject to the Court's approval, the parties stipulate and agree to the following briefing schedule on Defendants' Motion to Dismiss: Plaintiff's opposition shall be filed on or before November 16, 2020; and Defendants' reply shall be filed on or before November 30, 2020.

4. In addition, the parties seek an extension of the initial case deadlines, as laid out below, again to facilitate settlement discussions.

| Subject | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| 26(f) Conference | October 23, 2020 | December 4, 2020 |
| Initial Disclosures | October 29, 2020 | December 9, 2020 |
| Joint Status Report | November 5, 2020 | December 18, 2020 |

///

STIPULATION AND ORDER RE BRIEFING
SCHEDULE AND HEARING DATE FOR
DEFENDANTS' MOTION TO DISMISS
(Case No. 2:20-cv-01066-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1    *SO STIPULATED.*

2    DATED this 8th day of October, 2020.

                                               **CALFO EAKES LLP**

By     *s/ Patty A. Eakes*
Patricia A. Eakes, WSBA# 18888
Angelo J. Calfo, WSBA# 27079
Damon C. Elder, WSBA# 46754
Lindsey E. Mundt, WSBA# 49394
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
        angeloc@calfoeakes.com
        damonc@calfoeakes.com
        lindseym@calfoeakes.com

      **BUTLER SNOW, LLP**

By     *s/ Anita Modak-Truran*
Anita Modak-Truran (*pro hac vice*)
150 3rd Avenue, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6751
Email: Anita.Modak-Truran@butlersnow.com

*Attorneys for Defendants*

**CORRIE YACKULIC LAW FIRM, PLLC**

By:     *s/Corrie Yackulic*
Corrie Johnson Yackulic, WSBA #16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

*Attorney for Plaintiff*

STIPULATION AND ORDER RE BRIEFING
SCHEDULE AND HEARING DATE FOR
DEFENDANTS' MOTION TO DISMISS
(Case No.  2:20-cv-01066-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200    FAX (206) 407-2224

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of October, 2020.



THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATION AND ORDER RE BRIEFING
SCHEDULE AND HEARING DATE FOR
DEFENDANTS' MOTION TO DISMISS
(Case No.  2:20-cv-01066-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224