THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEE COLLINS,<br><br>　　　　　　　　Plaintiff(s),<br><br>　vs.<br><br>ETHICON, INC et al.,<br><br>　　　　　　　　Defendant(s). | Case No.  2:20-cv-01066-BJR<br><br>**SECOND STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |

STIPULATION AND ORDER RE BRIEFING
SCHEDULE AND HEARING DATE FOR
DEFENDANTS' MOTION TO DISMISS
(Case No.  2:20-cv-01066-BJR)

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATED AND AGREE as follows:

1. On September 22, 2020, Defendants filed a Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 13).

2. Parties agreed to a prior stipulation regarding the briefing schedule and noting date which was granted on October 8, 2020 (Dkt. No. 15).   Currently, Plaintiff's opposition is due on November 16, 2020, and Defendants' reply is due on November 30, 2019.  *Id.*

3. The parties have continued to engage in settlement discussions.  The parties have conferred and agreed that additional time is warranted to facilitate those discussions before the opposition and reply briefing regarding the Motion to Dismiss.  Subject to the Court's approval, the parties stipulate and agree to the following briefing schedule on Defendants' Motion to Dismiss: Plaintiff's opposition shall be filed on or before December 28, 2020; and Defendants' reply shall be filed on or before January 11, 2021, with the noting date similarly continued to January 11, 2021.

*SO STIPULATED*.

DATED this 12th of November, 2020.

CALFO EAKES LLP

By  *s/ Patty A. Eakes*
Patricia A. Eakes, WSBA# 18888
Angelo J. Calfo, WSBA# 27079
Damon C. Elder, WSBA# 46754
Lindsey E. Mundt, WSBA# 49394
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200
Fax: (206) 407-2224

SECOND STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS (Case No.  2:20-cv-01066-BJR) - 1

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Email: pattye@calfoeakes.com
angeloc@calfoeakes.com
damonc@calfoeakes.com
lindseym@calfoeakes.com

**BUTLER SNOW, LLP**

By *s/ Anita Modak-Truran*
Anita Modak-Truran (*pro hac vice*)
Pamela L. Ferrell (*pro hac vice*)
150 3rd Avenue, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6751
Email: Anita.Modak-Truran@butlersnow.com
Pamela.Ferrell@butlersnow.com

*Attorneys for Defendants*

**CORRIE YACKULIC LAW FIRM, PLLC**

By:   */s/ Corrie J. Yackulic*
Corrie Johnson Yackulic, WSBA #16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

SECOND STIPULATION AND ORDER RE
BRIEFING SCHEDULE AND HEARING DATE
FOR DEFENDANTS' MOTION TO DISMISS
(Case No.  2:20-cv-01066-BJR) - 2

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of November, 2020.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN

SECOND STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS (Case No. 2:20-cv-01066-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224