HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEE COLLINS,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ETHICON INC., and JOHNSON & JOHNSON,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-01066-BJR<br><br>**SECOND STIPULATION AND ORDER REGARDING INITIAL CASE DEADLINES** |

SECOND STIPULATION AND ORDER
REGARDING INITIAL CASE DEADLINES
(Case No. 2:20-CV-01066-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Parties agreed to a prior stipulation regarding initial case deadlines which was granted on October 9, 2020 (Dkt. No. 16).

2. The parties seek an extension of the initial case deadlines, as laid out below, to facilitate settlement discussions.

| Subject | Current Deadline | Proposed Deadline |
|---|---|---|
| 26(f) Conference | December 4, 2020 | January 18, 2021 |
| Initial Disclosures | December 9, 2020 | January 25, 2021 |
| Joint Status Report | December 18, 2020 | February 1, 2021 |

*SO STIPULATED.*

DATED this 1st of December, 2020.

**CALFO EAKES LLP**

By *s/ Angelo J. Calfo*
   Angelo J. Calfo, WSBA# 27079
   Patricia A. Eakes, WSBA# 18888
   Damon C. Elder, WSBA# 46754
   Lindsey E. Mundt, WSBA# 49394
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone: (206) 407-2210
   Fax: (206) 407-2224
   Email: angeloc@calfoeakes.com
         pattye@calfoeakes.com
         damonc@calfoeakes.com
         lindseym@calfoeakes.com

-and-

SECOND STIPULATION AND ORDER
REGARDING INITIAL CASE DEADLINES
(Case No. 2:20-CV-01066-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**BUTLER SNOW, LLP**

By *s/ Anita Modak-Truran*
Anita Modak-Truran (pro hac vice)
Pamela L. Ferrell (pro hac vice)
150 3rd Avenue, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6751
Email: Anita.Modak-Truran@butlersnow.com
Pamela.Ferrell@butlersnow.com

*Attorneys for Defendants*

**CORRIE YACKULIC LAW FIRM, PLLC**

By: *s/ Corrie Johnson Yackulic*
Corrie Johnson Yackulic, WSBA# 16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

*Attorney for Plaintiff*

SECOND STIPULATION AND ORDER
REGARDING INITIAL CASE DEADLINES
(Case No. 2:20-CV-01066-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

IT IS SO ORDERED.

DATED this 2nd day of December, 2020.

*Barbara J. Rothstein*
_____
THE HONORABLE BARBARA J. ROTHSTEIN

SECOND STIPULATION AND ORDER
REGARDING INITIAL CASE DEADLINES
(Case No. 2:20-CV-01066-BJR) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224