THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEE COLLINS,<br><br>                    Plaintiff(s),<br><br>  vs.<br><br>ETHICON, INC et al.,<br><br>                    Defendant(s). | Case No. 2:20-cv-01066-BJR<br><br>THIRD STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AND INITIAL CASE DEADLINES |

STIPULATION AND ORDER RE BRIEFING
SCHEDULE AND HEARING DATE FOR
DEFENDANTS' MOTION TO DISMISS
(Case No. 2:20-cv-01066-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATED AND AGREE as follows:

1. On September 22, 2020, Defendants filed a Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 13).

2. Parties agreed to two prior stipulations regarding the briefing schedule and noting date, which were granted on October 8, 2020 (Dkt. No. 15) and November 13, 2020 (Dkt. No. 20). Currently, Plaintiff's opposition is due on December 28, 2020, and Defendants' reply is due on January 11, 2021.

3. The parties have continued to engage in settlement discussions.  The parties have conferred and agreed that additional time is warranted to facilitate those discussions before the opposition and reply briefing regarding the Motion to Dismiss and the initial case deadlines. Subject to the Court's approval, the parties stipulate and agree to the following briefing schedule on Defendants' Motion to Dismiss: Plaintiff's opposition shall be filed on or before Monday, February 1, 2021; Defendants' reply shall be filed on or before Monday, February 22, 2021; and the Motion shall be re-noted for Friday, February 26, 2021.

4. The parties also seek a corresponding extension of the initial case deadlines, as laid out below, to further facilitate settlement discussions.

| Subject | Current Deadline | Proposed Deadline |
|---|---|---|
| 26(f) Conference | January 18, 2021 | March 5, 2021 |
| Initial Disclosures | January 25, 2021 | March 12, 2021 |
| Joint Status Report | February 1, 2021 | March 19, 2021 |

STIPULATION AND ORDER RE DEFENDANTS' MOT. TO DISMISS AND INITIAL CASE DEADLINES
(Case No.  2:20-cv-01066-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

*SO STIPULATED*.

DATED this 28th day of December, 2020.

                **CALFO EAKES LLP**

                By  */s Patty A. Eakes*
Patricia A. Eakes, WSBA# 18888
Angelo J. Calfo, WSBA# 27079
Damon C. Elder, WSBA# 46754
Lindsey E. Mundt, WSBA# 49394
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
        angeloc@calfoeakes.com
        damonc@calfoeakes.com
        lindseym@calfoeakes.com

                **BUTLER SNOW, LLP**

                By  */s Anita Modak-Truran*
Anita Modak-Truran (*pro hac vice*)
Pamela L. Ferrell (*pro hac vice*)
150 3rd Avenue, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6751
Email: Anita.Modak-Truran@butlersnow.com
        Pamela.Ferrell@butlersnow.com

*Attorneys for Defendants*

                **CORRIE YACKULIC LAW FIRM, PLLC**

By:  */s/ Corrie J. Yackulic*
Corrie Johnson Yackulic, WSBA #16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

STIPULATION AND ORDER RE DEFENDANTS' MOT. TO DISMISS AND INITIAL CASE DEADLINES
(Case No.  2:20-cv-01066-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of December, 2020.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATION AND ORDER RE
DEFENDANTS' MOT. TO DISMISS
AND INITIAL CASE DEADLINES
(Case No.  2:20-cv-01066-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224