THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEE COLLINS,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　vs.<br><br>ETHICON, INC et al.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:20-cv-01066-BJR<br><br>FOURTH STIPULATION AND ORDER REGARDING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |

FOURTH STIPULATION AND ORDER RE: SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS
(Case No. 2:20-cv-01066-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. On September 22, 2020, Defendants filed a Motion to Dismiss Plaintiff's Complaint (Dkt. 13).

2. The parties agreed to three prior stipulations regarding the briefing schedule and noting date, which were granted by Orders on October 9, 2020 (Dkt. 16), November 13, 2020 (Dkt. 20), and December 29, 2020 (Dkt. 25). Currently, Plaintiff's response is due by Monday, February. 1, 2021; Defendants' reply by Monday; February 22, 2021; and the Motion is reset for Friday, February 26, 2021.

3. The parties have continued to engage in settlement discussions, and have conferred and agreed that additional time, before their opposition and reply briefs on Defendants' Motion to Dismiss are due, will facilitate those discussions. In addition, good cause is established by the fact that Plaintiff's counsel (a sole practitioner with associated co-counsel) is in final trial preparation for a Washington State Superior Court trial that was continued to February 2021, due to the pandemic. Subject to the Court's approval, the parties stipulate and agree to the following briefing schedule on Defendants' Motion to Dismiss: Plaintiff's response will be filed on or before Monday, February 8, 2021; Defendants' reply shall be filed on or before Monday, February 29, 2021; and the Motion will be reset for Friday, March 5, 2021.

///

FOURTH STIPULATION AND ORDER RE: SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS
(Case No. 2:20-cv-01066-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

*SO STIPULATED.*

DATED this 29th of January, 2021.

**CALFO EAKES LLP**

By *s/ Patty A. Eakes*
Patricia A. Eakes, WSBA# 18888
Angelo J. Calfo, WSBA# 27079
Damon C. Elder, WSBA# 46754
Lindsey E. Mundt, WSBA# 49394
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
angeloc@calfoeakes.com
damonc@calfoeakes.com
lindseym@calfoeakes.com

**BUTLER SNOW, LLP**

By *s/ Anita Modak-Truran*
Anita Modak-Truran (*pro hac vice*)
Pamela L. Ferrell (*pro hac vice*)
150 3rd Avenue, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6751
Email: Anita.Modak-Truran@butlersnow.com
Pamela.Ferrell@butlersnow.com

*Attorneys for Defendants*

-and-

FOURTH STIPULATION AND ORDER RE:
SCHEDULE FOR DEFENDANTS' MOTION
TO DISMISS
(Case No.  2:20-cv-01066-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**CORRIE YACKULIC LAW FIRM, PLLC**

By:    */s/ Corrie J. Yackulic*
Corrie Johnson Yackulic, WSBA #16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

*Attorney for Plaintiff*

FOURTH STIPULATION AND ORDER RE:
SCHEDULE FOR DEFENDANTS' MOTION
TO DISMISS
(Case No.  2:20-cv-01066-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1  **ORDER**

2  IT IS SO ORDERED.

3  DATED this 1st day of February, 2021.

*Barbara J. Rothstein*

THE HONORABLE BARBARA J. ROTHSTEIN

FOURTH STIPULATION AND ORDER RE:
SCHEDULE FOR DEFENDANTS' MOTION
TO DISMISS
(Case No. 2:20-cv-01066-BJR) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224