THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEE COLLINS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ETHICON, INC et al.,<br><br>　　　　　　　　Defendants. | Case No.  2:20-cv-01066-BJR<br><br>**THIRD JOINT STIPULATION AND ORDER EXTENDING THE INITIAL CASE DEADLINES** |

THIRD JOINT STIPULATION AND ORDER
EXTENDING THE INITIAL CASE DEADLINES
(Case No.  2:20-cv-01066-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1.  Parties agreed to a prior stipulation regarding initial case deadlines which was granted on December 29, 2020 (Dkt. No. 25).

2.  The parties seek an extension of the initial case deadlines, as laid out below. Defendants' fully briefed Motion to Dismiss is pending before the Court, and in the interest of efficiency, the parties seek to continue the initial case deadlines to give the Court an opportunity to rule on the Motion.

| Subject | Original Deadline | Proposed Deadline |
| --- | --- | --- |
| 26(f) Conference | March 5, 2021 | April 9, 2021 |
| Initial Disclosures | March 12, 2021 | April 16, 2021 |
| Joint Status Report | March 19, 2021 | April 23, 2021 |

*SO STIPULATED.*

//

//

THIRD JOINT STIPULATION AND ORDER
EXTENDING THE INITIAL CASE DEADLINES
(Case No. 2:20-cv-01066-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1   DATED this 3rd day of March, 2021.

2

3                                                          **CALFO EAKES LLP**

4                                                          By      *s/ Patty A. Eakes*
                                                           Patricia A. Eakes, WSBA# 18888
                                                           Angelo J. Calfo, WSBA# 27079
5                                                          Damon C. Elder, WSBA# 46754
                                                           Lindsey E. Mundt, WSBA# 49394
6                                                          1301 Second Avenue, Suite 2800
                                                           Seattle, WA  98101
7                                                          Phone: (206) 407-2200
                                                           Fax: (206) 407-2224
8                                                          Email: pattye@calfoeakes.com
                                                                     angeloc@calfoeakes.com
9                                                                    damonc@calfoeakes.com
                                                                     lindseym@calfoeakes.com
10
                                                           *Attorneys for Defendants*
11

12                                                         **CORRIE YACKULIC LAW FIRM, PLLC**

13                                                         By:   *s/ Corrie Yackulic*
                                                           Corrie Johnson Yackulic, WSBA #16063
14                                                         110 Prefontaine Place South, Suite 304
                                                           Seattle, WA 98104
15                                                         Phone: (206) 787-1915
                                                           Fax: (206) 299-9725
16                                                         Email: corrie@cjylaw.com

17                                                         *Attorney for Plaintiff*

18

19

20

21

22

23  THIRD JOINT STIPULATION AND ORDER                                    LAW OFFICES
    EXTENDING THE INITIAL CASE DEADLINES                              **CALFO EAKES LLP**
    (Case No. 2:20-cv-01066-BJR) - 2                           1301 SECOND AVENUE, SUITE 2800
                                                                SEATTLE, WASHINGTON 98101-3808
24                                                           TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of March, 2021.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

THIRD JOINT STIPULATION AND ORDER
EXTENDING THE INITIAL CASE DEADLINES
(Case No. 2:20-cv-01066-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224