THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEE COLLINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ETHICON, INC., et al,<br><br>    Defendants. | Case No. 20-cv-01066-BJR<br><br>**JOINT STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jerry Lee Collins and Defendants Ethicon, Inc. and Johnson & Johnson (each a "Party" and collectively, the "Parties"), submit this Joint Stipulation of Dismissal with Prejudice. Plaintiff has reached an agreement with Defendants to resolve all of her claims in this action. Based on the foregoing, the Parties respectfully request that the Court dismiss all pending claims in this case with prejudice, with each Party bearing its own attorneys' fees and costs.

SO STIPULATED AND AGREED this 8th day of November, 2021

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE
(Case No. 20-cv-01066-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

| | | |
|---|---|---|
|1| **CALFO EAKES LLP** | **CORRIE YACKULIC LAW FIRM, PLLC** |
|2| */s/ Patty A. Eakes*                         . | */s/ Corrie Johnson Yackulic*              . |
| | Patricia A. Eakes, WSBA# 18888 | Corrie Johnson Yackulic |
|3| Angelo J. Calfo, WSBA# 27079 | 110 Prefontaine Place South, Suite 304 |
| | Damon C. Elder, WSBA# 46754 | Seattle, WA 98104 |
|4| David H. Glanton, WSBA# 55676 | 206-787-1915 | Phone |
| | CALFO EAKES LLP | Email: corrie@cjylaw.com |
|5| 1301 Second Avenue, Suite 2800 | |
| | Seattle, WA 98101 | *Attorneys for Plaintiff* |
|6| (206) 407-2200 | Phone | |
| | Email: pattye@calfoeakes.com | |
|7|          angeloc@calfoeakes.com | |
| |          damone@calfoeakes.com | |
|8|          davidg@calfoeakes.com | |

9  **BUTLER SNOW LLP**

10   Anita Modak-Truran
     *Admitted Pro Hac Vice*
11   150 3rd Avenue South, Suite 1600
     Nashville, TN 37201
12   (615) 651-6751| Phone
     Email: Anita.modak-truran@butlersnow.com
13
     Pamela Lawrence Ferrell
14   *Admitted Pro Hac Vice*
     1170 Peachtree St. NE, Suite 1900
15   Atlanta, GA 30309
     678-515-5011 | Phone
16   Email: pamela.lawrence@butlersnow.com

17   *Attorneys for Defendants Ethicon, Inc.
     and Johnson & Johnson*

18

19

20

21

22

23

24   JOINT STIPULATION OF
     DISMISSAL WITH PREJUDICE
     (Case No. 20-cv-01066-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

**ORDER**.

IT IS SO ORDERED.

DATED this 12th day of November, 2021.

*Barbara J. Rothstein*
_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE
(Case No. 20-cv-01066-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278